IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON, JR., | : | Civil No. 1:21-CV-0017 |
| Petitioner, | : | |
| v. | : | |
| ERIC BRADLEY, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th, day of July, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**. (Doc. 1.)

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Court Judge
                                                  Middle District of Pennsylvania